# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Docket. No. 2:03-CR-25-1BO

WYOMING FITZGERALD GILLIAM

On Friday, October 5, 2007, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2012.

Terrence W. Boyle
U.S. District Judge